UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRENDA JAMES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOSTON POLICE DEPARTMENT, ) <br> CAPTAIN PAUL RUSSELL, ) <br> DETECTIVE DANIEL HUMPHRIES, ) <br> CAPTAIN MARK HAYES, ZELMA ) <br> GREENSTEIN, and CITY OF BOSTON, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. <br> 19-10430-FDS |

## ORDER ON MOTION TO WITHDRAW AS COUNSEL

**SAYLOR, J.**

The firm slnlaw LLC and its attorneys, Emily E. Smith-Lee and Aileen Konanez, counsel of record for the plaintiff, Brenda James, in this matter, moved on July 19, 2019, for leave to withdraw their appearance. In support of the motion, counsel stated that (1) there has been an irretrievable breakdown in the attorney-client relationship and (2) the attorneys believe that they can no longer effectively represent the plaintiff.

The Court will grant the motion, but will provide plaintiff with a reasonable opportunity to obtain new counsel. Accordingly, the motion to withdraw is granted, effective 28 days from the date of this order. If no successor counsel has entered an appearance by that time, the plaintiff will be deemed to be proceeding *pro se* (that is, representing herself) from that point forward.

If plaintiff is representing herself, she will be responsible for providing current contact information (including her address, telephone number, and e-mail) to the clerk, and maintaining

the accuracy of that information.  She will also be responsible for complying with all rules of court and court-ordered deadlines.  Failure to do so may result in the dismissal of this action.

The date to respond to the individual defendants' pending motion to dismiss shall be extended 35 days (that is, until August 27, 2019).

**So Ordered.**

Dated:  July 23, 2019

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
United States District Judge