UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                )
**BRENDA JAMES,**                       )
                                                )
        **Plaintiff,**               )
                                                )    **Civil Action No.**
        **v.**                          )    **19-10430-FDS**
                                                )
**BOSTON POLICE DEPARTMENT,**  )
**CAPTAIN PAUL RUSSELL,**          )
**DETECTIVE DANIEL HUMPHRIES,** )
**CAPTAIN MARK HAYES, ZELMA**   )
**GREENSTEIN, and CITY OF BOSTON,** )
                                                )
        **Defendants.**            )
_____)

### ORDER DIRECTING PLAINTIFF TO
### SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED

**SAYLOR, C.J.**

Plaintiff Brenda James filed this action on March 7, 2019.

On July 19, 2019, defendants filed a motion to dismiss the complaint for failure to state a claim upon which relief can be granted under Fed. R. Civ. P. 12(b)(6), which the Court later granted in part and denied in part. *See generally James v. Boston Police Dep't*, 2020 WL 108266 (D. Mass. Jan. 9, 2020).

That same day, counsel for plaintiff moved to withdraw, which the Court granted. Plaintiff has not secured successor counsel and is now proceeding *pro se*.

On January 9, 2020, the Court entered a scheduling order. Among other things, it called for the parties to serve written discovery requests concerning the timeliness of plaintiff's Title VII claims by February 28, 2020, and to complete such discovery by April 24, 2020.

On February 25, 2020, defendant the City of Boston served plaintiff with interrogatories

and requests for production of documents concerning the timeliness of her Title VII claims. (Def. Mem., Ex. A).[1]

On April 24, 2020, the City moved for an order compelling plaintiff to serve answers to its February 25, 2020 discovery requests within 14 days, and seeking dismissal as a sanction for failure to comply. Plaintiff has not opposed that motion, and the City represents that it still has not received any kind of response despite repeated attempts to contact her.

On May 26, 2020, the Court held a telephonic status conference in this matter. Plaintiff did not call in to participate. It is thus unclear whether plaintiff intends to continue to prosecute this matter, and if so, whether she intends to comply with her discovery obligations.

Accordingly, plaintiff Brenda James is hereby ORDERED to show cause, in writing, within 21 days of this order (that is, by June 22, 2020), why this matter should not be dismissed for failure to prosecute and failure to provide discovery. Failure to file a response, or to show cause as directed, will likely result in the dismissal of this action.

The clerk is directed to provide a copy of this order to plaintiff by e-mail and by first-class mail to her last known address.

**So Ordered.**

Dated:  June 1, 2020

/s/  F, Dennis Saylor IV
F. Dennis Saylor IV
Chief Judge, United States District Court

---

[1] The City of Boston is the sole remaining defendant in this case.