# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BRENDA JAMES,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No.<br>) 19-10430-FDS<br>) |
| **BOSTON POLICE DEPARTMENT, CAPTAIN PAUL RUSSELL, DETECTIVE DANIEL HUMPHRIES, CAPTAIN MARK HAYES, ZELMA GREENSTEIN, and CITY OF BOSTON,** | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## ORDER OF DISMISSAL

**SAYLOR, C.J.**

On May 29, 2020, this Court ordered plaintiff to show cause in writing on or before June 19, 2020, why this case should not be dismissed for failure to prosecute this action and failure to comply with discovery orders. Because plaintiff failed to show cause within that deadline, this action is hereby DISMISSED without prejudice pursuant to Fed. R. Civ. P. 16(f) and Fed. R. Civ. P. 37(b)(2)(A)(v).

**So Ordered.**

Dated: June 24, 2020

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Chief Judge, United States District Court